IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JORGE ENRIQUEZ,

    Defendant.

: Case No. 3:17cr132

: JUDGE WALTER H. RICE

---

ENTRY AND ORDER

---

It is the Order of the Court that the Butler County Jail allow Dr. Massimo De Marchis access to Jorge Enriquez.

February 2, 2018

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record
Butler County Jail
United States Marshal