# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:17-CR-132 |
| Plaintiff, | : | |
| | : | Judge Walter H. Rice |
| v. | : | |
| | : | |
| JORGE ENRIQUEZ, | : | **ORDER** |
| | : | |
| Defendant. | : | |

This matter is before the Court on Defendant's Motion to file under seal, Defendant's sentencing memorandum. The Court finds Defendant's Motion to be well taken and grants same. Wherefore, Defendant's sentencing memorandum in the above captioned matter is hereby Ordered to be filed under seal.

_____
Walter H. Rice, Judge
United States District Court

Date: 3-19-18